

FILED
at 12 O'clock & 10 min P M
Date 9-21-04 CP

MICHAEL F. McHUGH, CLERK
United States Bankruptcy Court
Augusta, Georgia

# United States Bankruptcy Court
## For the Southern District of Georgia

In the matter of:                                   )
                                                    )   Chapter 13
ELEANOR JEAN HAMILTON                               )
xxx-xx-9579                                         )   Case Number 04-12227-JSD
1067 EARLE STREET NW                                )
THOMSON, GA 30824                                   )
             Debtor(s)                              )

### ORDER AND NOTICE TO SHOW CAUSE
### WHY CASE SHOULD NOT BE DISMISSED

The captioned case is subject to dismissal for the following reason(s):

**Debtor(s) failed to appear at the Meeting of Creditors**

IT IS HEREBY ORDERED that unless Debtor(s) or other parties in interest request to be heard in writing on or before **October 13, 2004**, said case will be dismissed WITH PREJUDICE barring the refiling of a petition within 180 days.

John S. Dalis
United States Bankruptcy Judge
P. O. Box 1487
Augusta, Georgia 30903

Dated **September 21, 2004**

B-19 [Rev. 5/96] CP

