UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA

PAGE 1

IN RE:    ELEANOR JEAN HAMILTON                    CASE NO.                          REPORT PRINTED 10/27/04
          1067 EARLE STREET NW                     0412227


          THOMSON, GA              30824-0000


              FINAL REPORT AND ACCOUNT             SS #1: XXX-XX-9579
          DISMISSED BEFORE CONFIRMATION            SS #2: XXX-XX-0000
          PLAN FILED DATE: Jun 30, 2004    PLAN CONFIRMED:          CASE CONCLUDED: Oct 21, 2004
          ATTORNEY      JOHN P WILLS


          Your Trustee hereby certifies  that  this  case  has been  fully administered, that a detailed record of all
          receipts and disbursements has  been  maintained; copies  are  attached to  the original  filed with the Clerk
          and incorporated by reference in this report.


          RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of Creditors.          .00

| CREDITOR NAME | CLM # | CLASS | CLAIM AMOUNT | DEBT ALLOWED | TOTAL PAID | BALANCE DUE |
|---|---|---|---|---|---|---|
| W S BADCOCK CORP | 001 | SEC | 709.07 | 709.07 | .00 | 709.07 |
| BELLSOUTH | 002 | UNS | 455.74 | 455.74 | .00 | 455.74 |
| BELLSOUTH | 003 | UNS | 288.92 | 288.92 | .00 | 288.92 |
| LIGHTYEAR NETWORK SOLUTIONS | 004 | UNS | 489.74 | 489.74 | .00 | 489.74 |
| SECURITY FINANCIAL SERV | 005 | UNS | 250.00 | 250.00 | .00 | 250.00 |
| PALISADES COLLECTION | 006 | UNS | 291.97 | 291.97 | .00 | 291.97 |
| PALISADES COLLECTION | 007 | UNS | 606.61 | 606.61 | .00 | 606.61 |
| HEILIG MEYERS MASTER TRUST | 008 | UNS | 345.92 | 345.92 | .00 | 345.92 |
| PREMIER BANKCARD CHARTER | 009 | UNS | 840.22 | 840.22 | .00 | 840.22 |
| CLERK OF U S BANKRUPTCY COUR | 991 | FFE | 154.00 | 154.00 | .00 | 154.00 |
| CLERK U S BANKRUPTCY COURT | 994 | ADM | .00 | .00 | .00 | .00 |
| JOHN P WILLS | 999 | ATY | 300.00 | 300.00 | .00 | 300.00 |
| CHAPTER 13 TRUSTEE FEE | | TRU | 249.06 | .00 | | 249.06 |


              ***
          ***


          JOHN P WILLS
          ATTORNEY AT LAW
          P O BOX 1620
          THOMSON GA 308240000              PAGE  1 - CONTINUED ON NEXT PAGE

| | SECURED | PRIORITY | UNSECURED | ADMIN | ATTY | OTHER | |
|---|---|---|---|---|---|---|---|
| DEBT | 709.07 | .00 | 3569.12 | 154.00 | 300.00 | .00 | TOTAL PAID |
| PAID | .00 | .00 | .00 | .00 | .00 | .00 | .00 |

WHEREFORE, your Petitioner prays that a Final Decree be entered discharging your petitioner as Trustee and releasing Trustee's surety from all liability on account of the proceedings; closing the estate, and for such other relief as is just.

\* Paid by Insurance

Barnee C. Baxter, Trustee

\*\*\*

\*\*\*